IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Information associated with Sprint cellular telephone number 937-469-4831, as listed in Attachment A of the Warrant | : : : | Case No. 3:15mj-371 <br><br> **FILED UNDER SEAL** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding SPRINT, an electronic communications service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the warrant) of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. See 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that SPRINT shall not disclose the existence of the attached warrant/subpoena, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that SPRINT may disclose the attached warrant to an attorney for SPRINT for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and Order are sealed until otherwise ordered by the Court.

9-17-15
Date

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE